UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

     IZZO GOLF, INC.

                       Plaintiff(s)

     -vs-                            04-CV-6180T

     MIZUNO USA, INC.

                       Defendant(s)

_____

       The parties having electronically filed a Stipulation of Dismissal on January 5, 2006, it is hereby,

       ORDERED, that the above action is hereby dismissed with prejudice.

       SO ORDERED.

                            S/ MICHAEL A. TELESCA
                          MICHAEL A. TELESCA
                          United States District Judge


Dated: January 6, 2006